**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Racheal Jade Nicole Herron and Billy Ray Hawkins, Jr.,
Defendants,

Of whom Racheal Jade Nicole Herron is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2017-002173

———————————

Appeal From Greenville County
Thomas T. Hodges, Family Court Judge

———————————

Unpublished Opinion No. 2018-UP-370
Submitted August 29, 2018 – Filed September 20, 2018

———————————

**AFFIRMED**

———————————

John Brandt Rucker and Allyson Sue Rucker, both of
The Rucker Law Firm, LLC, of Greenville, for
Appellant.

Jennifer Lynn Mook, of Law Office of Jennifer Lynn Mook, LLC, of Aiken, as Guardian ad Litem for Appellant.

Andrew Troy Potter, of Anderson, for Respondent.

Robert A. Clark, of Greenville, for the Guardian ad Litem for the minor child.

---

**PER CURIAM:**  Racheal Jade Nicole Herron appeals the family court's final order terminating her parental rights to her minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2017).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Herron's counsel.

**AFFIRMED.**[1]

**HUFF, SHORT, and WILLIAMS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.